1
MARK E. FERRARIO
Nevada Bar No. 1625
2
KARA B. HENDRICKS
Nevada Bar No. 7743
3
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
4
**GREENBERG TRAURIG, LLP**
5
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
6
Telephone:     (702) 792-3773
Facsimile:     (702) 792-9002
7
Email: ferrariom@gtlaw.com
8
          hendricksk@gtlaw.com
          welchkirmsew@gtlaw.com
9
*Attorneys for Defendant*
*Clark County School District*
10

11
**UNITED STATES DISTRICT COURT**

12
**DISTRICT OF NEVADA**

13
JASON RUIZ, individually and on behalf of
JANE DOE MINOR *NO. 1*, as guardian of said
14
minor; ROBERT PARKER, individually and on
behalf of JOHN DOE MINOR *NO. 1* and JANE
15
DOE MINOR *NO. 2*, as guardian of said minors;
ERIN GOMEZ, individually and on behalf of
16
JOHN DOE MINOR *NO. 2* and JANE DOE
MINOR *NO. 3*,
17
                              Plaintiffs,
18
          v.
19
STEPHEN F. SISOLAK, in his official capacity
20
as Governor of the State of Nevada; AARON
DARNELL FORD, in his official capacity as the
21
Attorney General of the State of Nevada; CLARK
COUNTY SCHOOL DISTRICT, a public entity,
22
DOES 1 through 100,
23
                              Defendants.
24

Case No. 2:21-cv-02036-GMN-BNW

Related Cases:
2:21-cv-01725-BNW
2:21-cv-01507-JAD-DJA

**JOINT STATUS REPORT**

25
        Pursuant to this Court's Order [ECF 3], Defendants Clark County School District ("CCSD"),
26
Stephen F. Sisolak and Darnell Ford (collectively the "State Defendants") and Plaintiffs Jason Ruiz,
27
et al. ("Plaintiffs") by and through their respective attorneys of record, submit the following Joint
28
Status Report.

*ACTIVE 61803260v1*

1.     STATUS OF THE ACTION

On October 22, 2021, Plaintiffs filed a Complaint in the Eighth Judicial District Court for (1) Violations of Nevada Constitution under Article 1, Sections 1, 8, 20 and 24); (2) Intentional Infliction of Emotional Distress; and (3) Negligence.  CCSD and the State Defendants were served with a copy of the Complaint and Summons on November 9, 2021.

On November 9, 2021, Plaintiffs filed a Motion for Preliminary Injunction and declarations in support thereof.  This Motion is set for hearing in the State Court Action on December 14, 2021.  No other filings were made in the State Court Action.

On November 10, 2021, CCSD and the State Defendants filed a Notice of Removal of Action Pursuant to 28 U.S.C. § 1441(a) and (b), and 28 U.S.C. § 1446 [ECF 1].

On November 10, 2021, CCSD filed a Notice of Related Cases of the instant case and Case No. 2:21-cv-01507-JAD-DJA [ECF 2].  On November 18, 2021, CCSD filed an Amended Notice of Related Cases of the instant case, Case No. 2:21-cv-01507-JAD-DJA and Case No. 2:21-cv-01725-BNW [ECF 8].

On November 15, 2021, Plaintiffs filed their Motion to Remand to State Court [ECF 7].  On November 29, 2021, CCSD and the State Defendants filed responses in Opposition to the Motion to Remand [ECFs 12 & 13].  On December 3, 3021, Plaintiffs filed their Reply to Response to Motion to Remand and Joinder [ECF 16].

On November 24, 2021, CCSD filed its Notice of Motion to Consolidate Case No. 2:21-cv-01507-JAD-DJA, Case No. 2:21-cv-01725-BNW and Case No. 2:21-cv-02036-GMN-BNW for all purposes [ECF 10].

On November 30, 2021, CCSD filed its Motion to Dismiss Complaint [ECF 14].   On November 30, 2021, the State Defendants filed their Motion to Dismiss [ECF 15].  On December 10, 2021, Plaintiffs filed their Response to Defendant Sisolak, et al. and Clark County School District Motions to Dismiss and Joinders [ECF 17].

/ / /

/ / /

/ / /

2. **ACTION TO BE TAKEN BY THIS COURT**

As of the date of this Joint Status Report, Plaintiffs' Motion to Remand to State Court (ECF No. 7), and CCSD and the State Defendants Motions to Dismiss [ECF Nos. 14 and 15] are pending before this Court.

Dated this 13th day of December, 2021.

**GREENBERG TRAURIG, LLP**

By:  */s/ Kara B. Hendricks*
_____
MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

*Attorneys for Defendant Clark County School District*

**CHATTAH LAW GROUP**

By:  */s/ Sigal Chattah*
_____
SIGAL CHATTAH
Nevada Bar No. 8264
5876 S. Rainbow Boulevard, Suite 204
Las Vegas, Nevada  89118

JOSEPH S. GILBERT
Nevada Bar No. 9033
JOEY GILBERT LAW
201 W. Liberty Street, Suite 210
Reno, Nevada  89501

*Attorneys for Plaintiffs*

**AARON D. FORD, Attorney General**

By:  */s/ Craig A. Newby*
_____
CRAIG A. NEWBY
Nevada Bar No. 08591
Deputy Solicitor General,
Office of the Attorney General
555 E. Washington Avenue
Suite 3900
Las Vegas, Nevada  89101

*Attorneys for Defendants Stephen F. Sisolak and Aaron D. Ford*

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2021, a true and correct copy of the foregoing **JOINT STATUS REPORT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Evelyn Escobar-Gaddi*

An employee of GREENBERG TRAURIG, LLP

*ACTIVE 61803260v1*